# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GIBBS, JR., | Case No. 2:15-cv-01958-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| DR. MARIA FEY, et al., | |
| Defendant(s). | |

On October 27, 2016, the Court provided Plaintiff with an additional 60 days by which to serve Defendant Ziemann. Docket No. 22. Moreover, consistent with its obligations under that order, the State filed a notice that it does not have any additional address for Defendant Ziemann. Docket No. 23. The Court has since received a letter from Plaintiff that fails to explain whether additional service attempts have been made on Defendant Ziemann and fails to seek relief other than a status check. Docket No. 24.

The Court **INSTRUCTS** the Clerk's Office to serve copies of Docket Nos. 22 and 23 on Plaintiff. The Court **ORDERS** Plaintiff to file a status report explaining the status of his service attempts on Defendant Ziemann. That status report shall be filed by July 21, 2017.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE